```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**  //  **MISCELLANEOUS NO. 1:18-MC-53**
                             **CRIMINAL ACTION NO. 1:18-CR-31-2**
                                  (Judge Keeley)

**REBECCA ANN SHAVER,**

    **Defendant.**

**ORDER ADOPTING DRUG COURT REPORT AND RECOMMENDATION**

By Order dated November 1, 2018, the Court referred the defendant's participation in the Northern District of West Virginia Drug Court Program to the Honorable Michael J. Aloi, United States Magistrate Judge (Dkt. No. 59 in Case No. 1:18-CR-31 and Dkt. No. 2 in Case No. 1:18-MC-53). In a report and recommendation ("R&R") entered on March 30, 2021, Magistrate Judge Aloi advised that the defendant had successfully completed the District's Drug Court Program (Dkt. No. 125 in Case No. 1:18-CR-31 and Dkt. No. 49 in Case No. 1:18-MC-53).

Having reviewed the record, for good cause, the Court **ADOPTS** the R&R (Dkt. No. 125 in Case No. 1:18-CR-31 and Dkt. No. 49 in Case No. 1:18-MC-53), and will schedule a sentencing hearing as appropriate.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record, U.S. Probation Officers Jill Henline and

**USA V. SHAVER**                                                                                         **1:18-CR-31-02**
                                                                                                                     **1:18-MC-53**

### ORDER ADOPTING DRUG COURT REPORT AND RECOMMENDATION

Carrie Grilli, the Honorable Michael J. Aloi, United States Magistrate Judge, and all appropriate agencies.

DATED: April 16, 2021.

                                                                 /s/ Irene M. Keeley
                                                                 IRENE M. KEELEY
                                                                 UNITED STATES DISTRICT JUDGE